UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID PERLMAN,<br><br>            Plaintiff,<br><br>     v.<br><br>STONEMOR PARTNERS LP, STONEMOR GP LLC, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 14-cv-01168 NC<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>Re: Dkt. Nos. 14, 15 |

On May 16, 2014, the Court issued an order directing defendants to show cause why their removal is proper by addressing the Court's concern that the removal notice does not adequately allege the citizenship of defendants for purposes of diversity jurisdiction. Dkt. No. 14. On May 28, 2014, defendants filed a "notice of non-opposition" to the order to show cause, stating that "based upon changes in StoneMor's organization, which occurred after the filing of StoneMor's Notice of Removal and Opposition to Plaintiff's Motion to Remand, StoneMor does not oppose remand of this matter back to state court." Dkt. No. 15. Accordingly, the Court orders the case remanded to the Superior Court of California, County of Contra Costa.

//

1 | The clerk is directed to terminate all deadlines and this case.

2 | IT IS SO ORDERED.

3 | Date: May 28, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge